AO 91 (Rev 11/11)    Criminal Complaint

# United States District Court

### for the

### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    7:26-po-01337 |
| Brayan ARMENDARIZ-GUEVARA | ) | |
| IAE | ) | |
| Mexico 2001 | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 8, 2026_____ in the county of _____Hidalgo_____ in the

__Southern__ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Ct. I:  50 U.S.C. § 797(1) & (2)(A)<br>Ct. II:  18 U.S.C. § 1382<br>Ct. III:  8 U.S.C. § 1325(a)(1) | Ct. I: Willfully violated a defense property security regulation, that is, a property security regulation which, pursuant to lawful authority, was promulgated or approved by the Secretary of War or by a military commander designated by the Secretary of War;<br><br>Ct. II: Within the jurisdiction of the United States entered a military post, fort, or yard, that is, the Rio Grande National Defense Area (NDA), for a purpose prohibited by law or lawful regulation, that is, illegal entry into the United States;<br><br>Ct. III: Knowingly entered and attempted to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

See Attachment A

☒  Continued on the attached sheet

Approved by AUSA ~~A. McColgan~~  *Pexton Warner.*

/s/  Laureano Cantu
_____
*Complainant's signature*

Laureano Cantu, Border Patrol Agent
_____
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on :

Date:  __February 9, 2026__  at  *3:43 p.h.*

_____
*Judge's signature*

City and State:  __McAllen, Texas__

Juan F. Alanis, U.S. Magistrate Judge
_____
*Printed name and title*

**ATTACHMENT A**

I, Laureano Cantu, am a United States Boder Patrol Agent and have knowledge of the following facts:

**The NDA**

The Rio Grande National Defense Area ("NDA") is an area on and along the Rio Grande River located in Cameron, Hidalgo, and Starr counties, inside the Southern District of Texas and along the U.S.-Mexico border comprised of approximately 269 river miles. The NDA was temporarily transferred by the U.S. International Boundary and Water Commission to the U.S. Air Force after the Secretary of War deemed it necessary to establish an NDA along the U.S.-Mexico border.

Specifically, the property transferred consists of multiple parcels of fee land, consisting of the bed and the banks of the Rio Grande generally located along the southern border of the United States, in Cameron, Hidalgo, and Starr Counties further delineated from the international boundary (centerline of the Rio Grande River) to the beds and banks of the Rio Grande River.

On July 1, 2025, the Installation Commander, Joint Base San Antonio, designated the above-mentioned property transferred to the Department of the Air Force as a Restricted Area.

Specific notice forbidding such access to the NDA was present and provided for by conspicuous twelve-by-eighteen-inch red and white colored signs. These signs were placed on floating buoys and on metal posts in the Rio Grande River, and they state in both English and Spanish that the area is a restricted area and that unauthorized entry is prohibited by authority of the commander in accordance with the Secretary of War. The signs are strategically positioned to ensure they are clearly visible from the riverbank and can be seen well in advance before approaching the bank of the river.

In addition to signage, a prerecorded audio message was being played in Spanish from a loudspeaker on the U.S. riverbank, pointed toward the Mexican riverbank, warning anyone that the river is a military zone. A defense property security regulation prohibits them from entering the river. Entering the military zone violates a defense property security regulation. If you trespass by crossing the river, you will be prosecuted. A Border Patrol Agent determined the message was playing near the location the defendant made landfall on the U.S. bank and could have be heard on the Mexican side of the river and additionally from that entry point of the alien.

**The Defendant**

On February 8, 2026, at approximately 12:13 p.m., McAllen Border Patrol Agents (BPA) were advised of camera activation depicting two (2) subjects

walking north away from the Rio Grande River at Mission, Texas. Department of War Military along with BPAs and a Border Patrol Service Canine responded to the area north of the Rio Grande River and apprehended all two (2) subjects. All subjects, including the defendant, Brayan ARMENDARIZ-GUEVARA, were determined to be illegally present in the United States. Agents determined he had entered the United States by tracking his foot sign back to the riverbank (Global Position Location 26.15613, -98.35082)

Based on the location of the defendant's apprehension by U.S. Border Patrol, and the foot sign leading back to the riverbank, agents determined that the defendant illegally crossed the international border from Mexico at a place not designated by immigration officers. Additionally, agents determined that the location where the defendant crossed the Rio Grande river was through, and in violation of, the NDA.

In the immediate area where defendant was determined to have illegally crossed the Rio Grande River and the NDA, agents confirmed the presence of buoys in the river with signage in the Spanish language containing a written warning that the area is a restricted area and that unauthorized entry is prohibited by authority of the commander in accordance with the Secretary of War.

Additionally, agents confirmed that at the time, and in the area where defendant crossed the Rio Grande River, a loudspeaker was playing a recorded message in the Spanish language stating that the river is a military zone; a defense property security regulation prohibits entering the zone; and entering the military zone violates a defense property security regulation.

The defendant had not received authorization from the U.S. Air Force or any other appropriate United States official to be in, enter upon, or access said area.

ARMENDARIZ-GUEVARA, a citizen of Mexico, provided a post-Miranda statement. He stated that he crossed the Rio Grande River into the United States with one other subject. He said that while on the Mexican side of the Rio Grande River he could hear Spanish audio playing "that the Rio Grande River was a Militarized zone". When asked if he could hear the whole audio message, he stated that he did. He stated that even though he heard the audio he still wanted to make it across into the United States.

**COUNT ONE:** On February 8, 2026, in violation of Title 50, United States Code, Section 797, and within the Southern District of Texas, the defendant willfully violated a defense property security regulation, issued by lawful authority on July 1, 2025, by the Installation Commander, Joint Base San Antonio, establishing a National Defense Area, and declaring certain land along the southern border of the United

States, comprised of approximately 269 river miles, to be a Restricted Area of the Department of the Air Force, by accessing the designated Restricted Area which contained posted signage and audio notices prohibiting unauthorized access, and without having received authorization from the U.S. Air Force or any other appropriate United States official to be in, enter upon, or access said area.

**COUNT TWO**: On February 8, 2026, in violation of Title 18, United States Code, Section 1382, and within the Southern District of Texas, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the National Defense Area created by lawful authority on July 1, 2025, by the Installation Commander, Joint Base San Antonio, establishing a National Defense Area, and declaring certain land along the southern border of the United States, comprised of approximately 269 river miles, to be a Restricted Area of the Department of the Air Force, and said entry was for any purpose prohibited by law or lawful regulation, specifically, Title 8, United States Code, Section 1325(a)(1).

**COUNT THREE**: In violation of Title 8, United States Code, Section 1325(a)(1), the defendant, an alien to the United States, knowingly entered and attempted to enter the United States at a time and place other than as designated by immigration officers.

The DEFENDANT, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico by either walking, swimming or rafting across the Rio Grande River on February 8, 2026, approximately 13.6 mile west of Hidalgo, Texas POE in the Southern District of Texas. The place where the defendant entered is not designated as a Port of Entry by immigration officers.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:

 2 VRs on 02/12/2025 and 12/3/2025

1 T42 on 12/9/2020

NO CRIMINAL HISTORY: